UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WOOTERS,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| **DEPUTY DYMEK and OFFICER MINDY** | ) | |
| **SASSEN, individually,** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

```
Filed
March 11, 2008    TG
08cv1438
Judge Gettleman
Magistrate Judge Schenkier
```

## COMPLAINT

NOW COMES the Plaintiff, MICHAEL WOOTERS, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, individually as follows.

## COUNT I-EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3) The Plaintiff, MICHAEL WOOTERS, is a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, were at all

relevant times, duly appointed police officers of the Will County Sheriff's Department and at all relevant times, were acting within their scope of employment and under color of law.

    5)    On January 19, 2007, the Plaintiff, MICHAEL WOOTERS, was at his home at 30820 S. Symerton, Wilmington.

    6)    The Defendants pulled up on the scene and wished to take the Plaintiff in custody for an investigation and possible crime.

    7)    Defendant DEPUTY DYMEK physically attacked him and beat him.

    8)    Plaintiff MICHAEL WOOTERS was injured.

    9)    Said use of force was unprovoked, excessive and unreasonable.

    10)    Said actions of Defendant DEPUTY DYMEK was intentional, willful and wanton.

    11)    Defendant OFFICER MINDY SASSEN failed to intervene and stood by as this beating took place.

    12)    Said actions of the Defendants violated Plaintiff MICHAEL WOOTERS'S Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

    13)    As a direct and proximate consequence of said conduct of the Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, the Plaintiff, MICHAEL WOOTERS, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

    WHEREFORE, the Plaintiff, MICHAEL WOOTERS, prays for judgment against the

Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, jointly and severally, in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS in punitive damages, plus attorneys' fees and costs.

## JURY DEMAND

The Plaintiff, MICHAEL WOOTERS, requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830