**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Michael Wooters, Plaintiff, v. Deputy Dymek and Officer Mindy Sassen, individually, Defendants. | Filed March 11, 2008  TG 08cv1438 Judge Gettleman Magistrate Judge Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Wooters

| NAME (Type or print) |
|---|
| Gregory E. Kulis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Gregory E. Kulis |
| FIRM |
| GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS |
| 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180966 | 312-580-1830 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐