## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Michael Wooters,<br>    Plaintiff,<br><br>v.<br><br>Deputy Dymek and Officer Mindy Sassen, individually,<br>    Defendants. | Case Number:<br><br>Filed<br>March 11, 2008    TG<br>08cv1438<br>Judge Gettleman<br>Magistrate Judge Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Wooters

| |
|---|
| NAME (Type or print)<br> David S. Lipschultz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  /s/ David S. Lipschultz |
| FIRM<br> GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS<br> 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277910 | TELEPHONE  NUMBER<br>312-580-1830 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐