50589-POG

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WOOTERS, | ) | |
| | ) | |
| Plaintiff, | ) | 2008 C 1438 |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| DEPUTY DYMEK and | ) | Magistrate Judge Schenkier |
| OFFICER MINDY SASSEN, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME Defendants, DEPUTY DYMEK AND OFFICER MINDY SASSER, incorrectly served herein as OFFICER MINDY SASSEN by and through their attorneys, QUERREY & HARROW, LTD., and for their Answer to Plaintiff's Complaint, state as follows:

## COUNT I-EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

ANSWER: Defendants admit that this lawsuit has been brought pursuant to 42 U.S.C. §1983 and §1988, but deny the remainder of the allegations set forth in paragraph 1.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

ANSWER: Defendants admit that this Court has jurisdiction over this matter.

3) The Plaintiff, MICHAEL WOOTERS, is a United States citizen and permanent resident of the State of Illinois.

ANSWER: Defendants lack sufficient knowledge and information to form a belief about the truth of the allegations set forth in paragraph 3.

4) The Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, were at all relevant times, duly appointed police officers of the Will County Sheriff's Department and at all relevant times, were acting within their scope of employment and under color of law.

ANSWER: Defendants deny the allegations set forth in paragraph 4.

5) On January 19, 2007, the Plaintiff, MICHAEL WOOTERS, was at his home at 30820 S. Symerton, Wilmington.

ANSWER: Defendants lack sufficient knowledge and information to form a belief about the truth of the allegations set forth in paragraph 5.

6) The Defendants pulled up on the scene and wished to take the plaintiff in custody for an investigation and possible crime.

ANSWER: Defendants deny the allegations set forth in paragraph 6.

7) Defendant DEPUTY DYMEK physically attacked him and beat him.

ANSWER: Defendants deny the allegations set forth in paragraph 7.

8) Plaintiff MICHAEL WOOTERS was injured.

ANSWER: Defendants deny the allegations set forth in paragraph 8.

9) Said use of force was unprovoked, excessive and unreasonable.

ANSWER: Defendants deny the allegations set forth in paragraph 9.

10) Said actions of Defendant DEPUTY DYMEK was intentional, willful and wanton.

ANSWER: Defendants deny the allegations set forth in paragraph 10.

11) Defendant OFFICER MINDY SASSEN failed to intervene and stood by as this beating took place.

ANSWER: Defendants deny the allegations set forth in paragraph 11.

12) Said actions of the Defendants violated Plaintiff MICHAEL WOOTERS' Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. § 1983.

ANSWER: Defendants deny the allegations set forth in paragraph 12.

13) As a direct and proximate consequence of said conduct of the Defendants, DEPUTY DYMEK and OFFICER MINDY SASSEN, the Plaintiff, MICHAEL WOOTERS, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

ANSWER:   Defendants deny the allegations set forth in paragraph 13.

WHEREFORE, Defendants, Deputy Dymek and Officer Mindy Sasser respectively request this Court enter judgment in their favor and against plaintiff, that plaintiff take nothing by way of the Complaint so wrongfully brought against them, and further that they be awarded all fees and costs against plaintiff and plaintiff counsel incurred as a result of this improper claim, or for such other relief the Court deems appropriate.

### JURY DEMAND

Defendants demand a trial by jury.

Respectfully submitted,

Deputy Dymek and Officer Mindy Sasser

By:   /s/ David J. Flynn
      One of their attorneys

Paul O'Grady
David J. Flynn
Dominick L. Lanzito
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone: 312/540-7000

Document #: 1323319