UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>MICHAEL WOOTERS,<br>  Plaintiffs,<br>v.<br>DEPUTY DYMEK and<br>OFFICER MINDY SASSEN, Individually,<br>  Defendants. | Case<br>No. 08 C 1438<br><br>Judge Gettleman<br><br>Magistrate Judge Schenkier |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: DEPUTY DYMEK and OFFICER MINDY SASSER, Individually incorrectly sued herein as OFFICER MINDY SASSEN

| SIGNATURE<br><br>s/Paul O'Grady | |
|---|---|
| FIRM<br><br>Querrey & Harrow, Ltd. | |
| STREET ADDRESS<br><br>175 West Jackson Boulevard, Suite 1600 | |
| CITY/STATE/ZIP<br><br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271373 | TELEPHONE NUMBER<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL | APPOINTED COUNSEL |