50589-POG

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WOOTERS, | ) | |
| | ) | |
| Plaintiff, | ) | 2008 C 1438 |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| DEPUTY DYMEK and | ) | Magistrate Judge Schenkier |
| OFFICER MINDY SASSEN, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO: Gregory E. Kulis
David Steven Lipschultz
Kathleen Coyne Ropka
Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.
30 N. LaSalle St., Suite 2140
Chicago, IL 60602

PLEASE TAKE NOTICE THAT on May 5, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendants' Answer to Plaintiff's Complaint at Law.

        Deputy Dymek and Officer Mindy Sasser,
        Incorrectly sued herein as Officer Mindy Sassen

By: s/David J. Flynn
    David J. Flynn
    Querrey & Harrow, Ltd.
    175 West Jackson Blvd., Suite 1600
    Chicago, IL 60604-2827
    (312) 540-7000
    I.D. #6204228

### PROOF OF SERVICE

I, David J. Flynn, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorney on May 5, 2008.

[x] Under penalties as provided by law pursuant
To ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein are true and correct.

        s/David J. Flynn

Document #: 1324882