UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL WOOTERS,** ) | |
| ) | **Case No. 08 C 1438** |
| **Plaintiff,** ) | |
| ) | **Judge Gettleman** |
| v. ) | |
| ) | **Magistrate Judge Schenkier** |
| **DEPUTY DYMEK and OFFICER MINDY** ) | |
| **SASSEN, individually,** ) | **Jury Demand** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

To:   David J. Flynn
      Querrey & Harrow, Ltd.
      175 West Jackson Blvd. Suite 1600
      Chicago, IL 60602

PLEASE TAKE NOTICE that on this 20th day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **JOINT STATUS REPORT.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of August 2008, I, DAVID S. LIPSCHULTZ, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830